UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
JANICE E. SZUTOWSKI,                      :
                                          :
                Plaintiff,                :
                                          :  08 Cv. 5817 (BSJ)(KNF)
          v.                              :      **Order**
                                          :
TUI AG, TUI TRAVEL PLC, TUI GROUP         :
INTERNATIONAL CO. LTD., GROUP VOYAGERS    :
INC., GROUP VOYAGERS, INC., GLOBUS,       :
RANGERS SAFARIS LTD., UPTOWN TRAVEL,      :
                                          :
                Defendant.                :
------------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

   The Plaintiff in the above-captioned matter has voluntarily dismissed her claims, pursuant to FCRP 41(a)(1)(A), without prejudice, as to Defendants TUI GROUP INTERNATIONAL CO. LTD. and UPTOWN TRAVEL.


SO ORDERED:

                              /s/ Barbara S. Jones
                              BARBARA S. JONES
                              UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         October 6, 2009

         USDC SDNY
         DOCUMENT
         ELECTRONICALLY FILED
         DOC #: _____
         DATE FILED: 10/6/09

1